UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERARDO AZPERA,

        Plaintiff,

    v.

DR. KAO VANG,

        Defendant.

No.  2:25-cv-3265 CSK P

ORDER

Plaintiff is a state prisoner proceeding without counsel.  The only named defendant in this action is Kao Vang.  (ECF No. 1 at 1.)  Plaintiff's complaint was filed with the court on November 7, 2025.  (Id.)   The court's own records reveal that on November 3, 2025, plaintiff filed a complaint containing very similar, if not identical, allegations against defendant Vang (2:25-cv-3197 AC.).[1]  Plaintiff is ordered to show cause why this action should not be dismissed as duplicative of case no. 2:25-cv-3197 AC.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall show cause why this action should not be dismissed as duplicative of 2:25-cv-3197 AC.  Failure to respond to this order will result in a recommendation of dismissal of this action.

///

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Dated:  May 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Azpe3265.osc/2