UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERARDO AZPERA,

Plaintiff,

v.

DR. KAO VANG,

Defendant.

No. 2:25-cv-3265 CSK P

ORDER AND FINDINGS AND RECOMMENDATIONS

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was filed with the court on November 7, 2025. (ECF No. 1 at 1.) The court's own records reveal that on November 3, 2025, plaintiff filed a complaint containing very similar identical allegations. (2:25-cv-3197 AC).[1] On May 29, 2025, this Court ordered plaintiff to show cause why this action should not be dismissed as duplicative of case no. 2:25-cv-3197 AC. (ECF No. 7.) In the response to the order to show cause, plaintiff claims that the instant action is not duplicative but offers no reasoning to support this claim. (ECF No. 8.)

Both the instant action and case no. 2:25-cv-3197 AC name defendant Dr. Kao Vang as the only defendant. Both the instant action and case no. 2:25-cv-3197 AC claim that defendant

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

Vang did not adequately treat plaintiff's back problems and back pain.[2] Due to the duplicative nature of the present action, this Court will recommend that the complaint be dismissed.

In the instant action, plaintiff also claims that defendant Vang retaliated against plaintiff by failing to timely refill plaintiff's pain medication prescription. (ECF No. 1 at 5.) Plaintiff may file an amended complaint in case no. 25-cv-3197 AC raising this retaliation claim as it relates to defendant Vang's alleged treatment of plaintiff's back problems and back pain. Plaintiff's claims against defendant Vang related to defendant Vang's alleged failure to adequately treat plaintiff's back problems and back pain should proceed in one action, case no. 2:25-cv-3197 AC.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 30, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Azpe3265.dis/2

---

[2] In case no. 2:25-cv-3197, plaintiff also claims that defendant Vang failed to adequately treat plaintiff for hepatitis C.