UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO AZPERA,<br>Plaintiff,<br>v.<br>DR. KAO VANG, et al.,<br>Defendants. | No. 2:25-cv-3265 DAD CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2026, this Court recommended that this action be dismissed as duplicative of case no. 2:25-cv-3197 AC. (ECF No. 9.) On August 6, 2026, plaintiff filed objections to the July 30, 2026 findings and recommendations. (ECF No. 10.) In the objections, plaintiff states that he would like to proceed with case no. 2:25-cv-3197 AC and "any other actions can be dismissed without prejudice." (Id.) This Court construes plaintiff's objections as a request for voluntary dismissal of this action. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: August 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

azpe3265.dis(2)/2